UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LINDSEY HATCH,

        Plaintiff,

   v.

CATHOLIC HEALTHCARE WEST dba SIERRA NEVADA MEMORIAL HOSPITAL,

        Defendant.
_____/

NO. CIV. S-10-3245 LKK/EFB

O R D E R

Plaintiff, proceeding with counsel, seeks leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. On December 5, 2010, plaintiff filed a complaint for damages under the Americans with Disabilities Act and the California Fair Employment and Housing Act. ECF No. 1. On December 5, 2010, plaintiff filed an application to proceed in forma pauperis. In the application, plaintiff declared that she is unable to pay the costs of the proceedings. ECF No. 2. Accordingly, the court ORDERS as follows:

    [1] Plaintiff's request to proceed in forma pauperis is GRANTED.

    [2] The Clerk of the Court shall send plaintiff one USM-285 form, one summons, and an instruction sheet.

1

1  [3] Within thirty (30) days of the issuance of this order,
2  plaintiff shall complete the attached Notice of Submission of
3  Documents and submit the completed Notice to the court with
4  the following documents:
5      a. One completed summons form for each defendant named
6      in the complaint;
7      b. One completed USM-285 form for each defendant named
8      in the complaint; and
9      c. Three copies of the endorsed complaint filed.
10 [4] Plaintiff need not attempt service on defendants and need
11 not request waiver of service. Upon receipt of the above-
12 described documents, the court will direct the United States
13 Marshal to serve the defendant pursuant to Federal Rule of
14 Civil Procedure 4 without prepayment of costs.
15 [5] Failure to comply with this order may result in a
16 recommendation that this action be dismissed with prejudice.
17 IT IS SO ORDERED.
18 DATED:  December 15, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2