UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LINDSEY HATCH,

          Plaintiff,

    v.

CATHOLIC HEALTHCARE WEST,
dba SIERRA NEVADA MEMORIAL
HOSPITAL,

          Defendant.

                                  NO. CIV. S-10-3245 LKK/EFB

                                  O R D E R

A status conference in the above-captioned case is currently set for March 14, 2011 at 2:00 p.m. In their status reports, both parties request that the status conference be vacated and the case be referred to the Voluntary Dispute Resolution Program ("VDRP"). The parties filed have filed a stipulation to refer the matter to VDRP. ECF No. 9-1.

Accordingly, the court ORDERS as follows:

[1] Pursuant to the request of the parties, this matter is referred to the court's VRDP.

1

[2] The status conference currently set for March 14, 2011 is CONTINUED to September 19, 2011 at 1:30.

[3] The parties SHALL file status reports fourteen (14) days prior to the conference.

IT IS SO ORDERED.

DATED: March 11, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT