**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Michael W. Pott, SBN 186156
Jennifer D. Ward, SBN 271248
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
Email: mpott@porterscott.com
Email: jward@porterscott.com

Attorneys for Defendant CATHOLIC HEALTHCARE WEST dba SIERRA WEST NEVADA MEMORIAL HOSPITAL

*Exempt From Filing Fees Pursuant to Government Code § 6103*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDSEY HATCH, | CASE NO.  2:10-cv-03245-LKK-EFB |
| Plaintiff, | |
| | **ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| CATHOLIC HEALTHCARE WEST, dba SIERRA NEVADA MEMORIAL HOSPITAL, | Complaint Filed:  December 5, 2010 |
| Defendants. | |

### ORDER

The parties having stipulated and good cause appearing it is hereby ordered that the complaint and this entire action shall be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and that each side shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Date:  June 28, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION FOR DISMISSAL WITH PREJUDICE

{00905883.DOC}